219 So.2d 175

**Marie RICHARD**

v.

**Lois Vickers CURTIS et al.**

**No. 49662.**

Feb. 28, 1969.

In re: Marie P. Richard applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 216 So.2d 676.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

SANDERS, J., is of the opinion a writ should be granted.

SUMMERS, J., is of the opinion a writ should be granted.